☐ Original  ☐ Duplicate Original

Wisconsin Eastern
NOV 8 2024
FILED
Clerk of Court

CLERK'S OFFICE
A TRUE COPY
Jun 18, 2024
s/ Lori Hanson
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
Information associated with the Google accounts located within the geographical region near the intersection of County Highway M and Crooked Hill Road on the Menominee Indian Reservation in the Eastern District of Wisconsin )

Case No. 24-m-048

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ____Eastern____ District of ____Wisconsin____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ____7-1-2024____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Honorable James R. Sickel____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of ____

Date and time issued: __6/18/2024 5:25 pm__

City and state: Green Bay, Wisconsin

*Judge's signature*

Honorable James R. Sickel, U.S. Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 24-M-648 | Date and time warrant executed: 06/19/2024 12:00 am | Copy of warrant and inventory left with: N\A |
| Inventory made in the presence of : N\A | | |
| Inventory of the property taken and name(s) of any person(s) seized: On 06/28/2024, Google stated that there were no responsive records available. | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/08/2024

BRIAN DARCY
Digitally signed by BRIAN DARCY
Date: 2024.11.08 10:08:28 -06'00'

*Executing officer's signature*

Brian D'Arcy, FBI SA

*Printed name and title*